UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS MUNGAI,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 1:26-cv-11874-NMG |

## STATUS REPORT

Respondents respectfully submit the following status report:

On August 6, 2026, the Court ordered that Respondents release Petitioner Francis Mungai.  Doc. No. 17 at 5.  U.S. Immigration and Customs Enforcement informs undersigned counsel that Petitioner was released from detention at approximately 8:56 p.m. on August 6, 2026.

Dated: August 7, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on August 7, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
