UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-11874-NMG

Petitioner

Francis Munagi

v.

Respondent

Patricia Hyde et al

Order of Dismissal

GORTON, D.J.

In accordance with the Status Report entered on August 7, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

August 10, 2026